IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF TEXAS
DALLAS DIVISION

| | | |
|---|---|---|
| POLARIS TX21 LLC, | § | |
| Plaintiff, | § § § | |
| v. | § § | Civil Action No. 3:24-CV-02759-E-BT |
| FLORENTINA DAVIS, | § § § | |
| Defendant. | § § § § | |

## ORDER ACCEPTING THE FINDINGS, CONCLUSIONS, AND RECOMMENDATION OF THE UNITED STATES MAGISTRATE JUDGE

After reviewing all relevant matters of record in this case, including the Findings, Conclusions, and Recommendation of the United States Magistrate Judge and any objections thereto, in accordance with 28 U.S.C. § 636(b)(1), the undersigned District Judge is of the opinion that the Findings and Conclusions of the Magistrate Judge are correct, and they are accepted as the Findings and Conclusions of the Court. (*See* ECF No. 6).

No objections were filed. However, the Parties filed two additional documents—(i) an "Amended Complaint" and (ii) a "Protective Order"—into this case. (ECF Nos. 7-8). Upon review, neither of these filings address or object to the Findings, Conclusions, and Recommendation of the Magistrate Judge. Furthermore, neither of these filings address the Court's lack of federal jurisdiction or removal of this proceeding. Assuming *arguendo* that the Court were to construe these filings as objections——the District Court reviewed *de novo* those portions of the proposed findings, conclusions, and recommendation to which objection was made, and reviewed the remaining proposed findings, conclusions, and recommendation for plain error. Finding no error,

the Court accepts the Findings, Conclusions, and Recommendation of the United States Magistrate Judge.

By separate order, the Court shall immediately remand this proceeding to the Justice Precinct 3 Place 1, Dallas County, TX, JPC-24-06003-31.

**SO ORDERED.**

5th day of December, 2024.

_____
ADA BROWN
UNITED STATES DISTRICT JUDGE